Philip R. Sellinger (PS-9369)
Ian S. Marx (IM-1704)
**GREENBERG TRAURIG, LLP**
200 Park Avenue; P.O. Box 677
Florham Park, New Jersey 07932-0677
(973) 360-7900 (Phone)
(973) 301-8410 (Facsimile)

RECEIVED

MAR 1 3 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Attorneys for Plaintiff
*Cellco Partnership d/b/a Verizon Wireless*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEATURE FILMS FOR FAMILIES, INC., FAMILY1 DISTRIBUTION, LLC, FAMILY1 DEVELOPMENT GROUP, INC., JOHN DOE No. 1 (a/k/a owner, user or "spoofer" of telephone number 917-210-4609) and JOHN DOES 2-50,<br><br>　　　　　Defendants. | Civil Action No. 3:09-cv-808 (MLC) (JJH)<br><br>**_Document Electronically Filed_**<br><br>PERMANENT INJUNCTION ON CONSENT AS TO DEFENDANT FEATURE FILMS FOR FAMILIES, INC. |

**THIS MATTER** having been brought before the Court by Greenberg Traurig, LLP, attorneys for Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), with notice having been given to Defendants, Feature Films for Families, Inc. ("Feature Films"), Family1 Distribution, LLC and Family1 Development Group, Inc. (collectively "Defendants"), for an Order to Show Cause setting a hearing date for a preliminary injunction hearing and for other relief, based upon the facts set forth in the Verified Complaint and supporting

Memorandum of Law; and Verizon Wireless and Feature Films having consented to the entry of a permanent injunction against Feature Films; and for other good cause shown,

IT IS on this 13th day of March, 2009

**ORDERED** that, Feature Films and any of its principals, members, officers, agents, servants, employees and those persons in active concert or participation with Feature Films who receive actual notice of this Order by personal service or otherwise (the "Feature Films Entities"), are hereby permanently enjoined and restrained from directly or indirectly making any marketing calls to any telephone number assigned to the cellular telephone of a Verizon Wireless customer unless the customer to whom such a marketing call is directed has a pre-existing business relationship with the Feature Films Entities and/or has consented in advance to receive such a marketing call; and it is further

**ORDERED** that, the Court shall retain jurisdiction to enforce the terms of this Order.

Feature Films is warned that any act by them in violation of any of the terms of this Order, after proper notice to them may be considered and prosecuted as contempt of this Court.

MARCH 13, 2009

Hon. Mary L. Cooper
United States District Judge

We hereby consent to the form and entry of the foregoing Order:

**GREENBERG TRAURIG, LLP**
200 Park Avenue, P.O. Box 677
Florham Park, New Jersey 07932-0677
Attorneys for Plaintiff
*Cellco Partnership d/b/a Verizon Wireless*

By: _____
Ian S. Marx

Dated: March 10, 2009

**FEATURE FILMS FOR FAMILIES, INC.**
5286 Commerce Drive
Salt Lake City, Utah 84107

By: _____
Matthew Cooper, Esq.

Dated: March 10, 2009